Prob 35  
(3/98)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

# United States District Court
### FOR THE
### WESTERN DISTRICT OF TENNESSEE



UNITED STATES OF AMERICA

v.

James Odis Manley

Crim. No.2:04CR20045-01

On 5/03/04 the above named was placed on Probation for a period of 2 years. He has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from Probation .

Respectfully submitted,

_Johnetta Norman_  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Probation and that the proceedings in the case be terminated.

Dated this 13st day of October 2005.

_____  
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-14-05

14

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CR-20045 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT